AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:22-mj-00113 |
| Devin Steiner | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 5/19/2022 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Devin Steiner,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)(Entering and Remaining in a Restricted Building or Grounds)

18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)

40 U.S.C. § 5104(e)(2)(C)(Disrupt the Orderly Conduct of Official Business)

40 U.S.C. § 5104(e)(2)(D)(Disorderly Conduct in a Capitol Building)

40 U.S.C. § 5104(e)(2)(G)(Parade, Demonstrate, or Picket in a Capitol Building)

Date: 05/19/2022                                                    2022.05.19 15:33:22 -04'00'
                                                                   *Judge's signature*

City and state:     Washington, D.C.              Robin M. Meriweather, U.S. Magistrate Judge
                                                                   *Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/19/22, and the person was arrested on *(date)* 5/26/22
at *(city and state)* Akron, OH.

Date: 5/26/2022
                                                                   *Arresting officer's signature*

                                                                   David Clarke, FBI Special Agent
                                                                   *Printed name and title*